UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                                   Case No. 10-20047
v.                                      Honorable Julian Abele Cook, Jr.

MAHDI ABDI ALI,

        Defendant.

## ORDER

On February 22, 2010, the Defendant, Mahdi Abdi Ali, filed an *ex-parte* motion which, if granted, would allow his attorney, John Freeman, to bring a licensed private investigator to the correctional facility in which he is presently housed. To support his request, Ali cites *Perry v. Leeke*, 488 U.S. 272, 281 (1989) and *Strickland v. Washington,* 466 U.S. 668, 691 (1984), both of which are inapposite to the issue that has been raised by Ali in this motion. Moreover, he has failed to provide the Court with any recognizable authority upon which to grant his motion for relief.

Hence, Ali's *ex-parte* motion must be, and is, denied.

IT IS SO ORDERED.

Dated: March 8, 2010                               S/Julian Abele Cook, Jr.
      Detroit, Michigan                           JULIAN ABELE COOK, JR.
                                                  United States District Court Judge

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on March 8, 2010.

                                                    s/ Kay Doaks
                                                   Case Manager